

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:          Ex Parte Nii-Otabil Nelson

Appellate case number:     01-14-00924-CR

Trial court case number:    1372073-A

Trial court:                          182nd District Court of Harris County

The panel has voted to **deny** appellant's motion for rehearing of the Court's Memorandum Opinion issued on June 30, 2015.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Laura C. Higley
                               ☒  Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Higley and Massengale

Date:  September 3, 2015